| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DISTRICT OF COLUMBIA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **REMC LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Real Estate Management & Consulting, LLC** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4381534** | |
| 4. | **Debtor's address** | **Principal place of business** <br> **3724 S Street, NW** <br> **Washington, DC 20007** <br> Number, Street, City, State & ZIP Code <br><br> **District of Columb** <br> County | **Mailing address, if different from principal place of business** <br> **8507 Oxon Hill Road, # 200, Box #S47,** <br> **Ft. Washington, MD 20744** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **3724 S Street, NW Washington, DC 20007** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **REMC LLC** _____     Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **REMC LLC** _____ Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **REMC LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 27, 2025**
MM / DD / YYYY

X **/s/ Nettia Isley**               **Nettia Isley**
Signature of authorized representative of debtor      Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Bennie R. Brooks**               Date **February 27, 2025**
Signature of attorney for debtor               MM / DD / YYYY

**Bennie R. Brooks 02478 MD  02478**
Printed name

**Bennie R. Brooks PC**
Firm name

**8201 Corporate Drive**
**Suite 260**
**Landover, MD 20785**
Number, Street, City, State & ZIP Code

Contact phone **301-731-4160**      Email address **bbrookslaw@aol.com**

**02478 DC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **REMC LLC**

United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 27, 2025**       X **/s/ Nettia Isley**
                                       Signature of individual signing on behalf of debtor

                                       **Nettia  Isley**
                                       Printed name

                                       **Managing  Member**
                                       Position or relationship to debtor

Official Form 202           **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **REMC LLC** | |
| United States Bankruptcy Court for the: | **DISTRICT OF DISTRICT OF COLUMBIA** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Edzecutive IQ Consulting LLC**<br>**125 S. Wacker Drive**<br>**Suite 300-107**<br>**Chicago, IL 60606** | | | | | | $50,000.00 |
| **Gbenga & Abiola Badipe**<br>**4019 Anderson Drive**<br>**Cedar Park, TX 78613** | | | | | | $55,000.00 |
| **Larry Lewis**<br>**300 Peppermill Drive**<br>**Capitol Heights, MD 20743** | | | | | | $50,000.00 |
| **MACORP, LLC**<br>**605 Michigan Avenue**<br>**Suite 447**<br>**Chicago, IL 60661** | | | | | | $60,000.00 |
| **Robert Moore, JR.**<br>**REMCM LLC**<br>**700 12th 12th Street, NW**<br>**Suite 700**<br>**Washington, DC 20005** | | | | | | $275,000.00 |

**Fill in this information to identify the case:**

Debtor name: **REMC LLC**

United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Art James Holdings**<br>Creditor's Name<br><br>**717 D Street, NW**<br>**Washington, DC 20004**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**3724 S Street, NW, Washington ,DC  20007**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$450,000.00** | **$3,000,000.00** |
| **2.2** **CV3 Alpha RE, LLC**<br>Creditor's Name<br>**2101 E. El Segundo Blvd**<br>**Suite 203**<br>**El Segundo, CA 90245**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**3724 S. Street, NW, Washington, DC   20007**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$2,000,000.00** | **$3,000,000.00** |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

Debtor  **REMC LLC**  
Name

Case number (if known) _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,450,000.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name: **REMC LLC**

United States Bankruptcy Court for the: **DISTRICT OF DISTRICT OF COLUMBIA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     | Amount of claim |
|-----|-----|-----|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**DC Tax & Revenue**<br>**1101  4th Street, NW**<br>**Suite W270**<br>**Washington, DC 20011**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Edzecutive IQ Consulting LLC**<br>**125  S. Wacker Drive**<br>**Suite 300-107**<br>**Chicago, IL 60606**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $50,000.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Gbenga & Abiola Badipe**<br>**4019 Anderson Drive**<br>**Cedar Park, TX 78613**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number  55** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $55,000.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Services**<br>**31 Hopkins Plaza**<br>**Room 1150**<br>**Baltimore, MD 21201**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |

Debtor **REMC LLC**          Case number (if known)
   Name

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Larry Lewis**<br>**300 Peppermill Drive**<br>**Capitol Heights, MD 20743**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**MACORP, LLC**<br>**605 Michigan Avenue**<br>**Suite 447**<br>**Chicago, IL 60661**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$60,000.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Robert Moore, JR.**<br>**REMCM LLC**<br>**700 12th 12th Street, NW**<br>**Suite 700**<br>**Washington, DC 20005**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$275,000.00** |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 490,000.00 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. $ | 490,000.00 |

# United States Bankruptcy Court
### District of District of Columbia

In re  **REMC LLC**                                             Case No.
                            Debtor(s)                           Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 27, 2025**              Signature  **/s/ Nettia Isley**
                                                    **Nettia Isley**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

```
Art James Holdings
717 D Street, NW
Washington, DC 20004


CV3 Alpha RE, LLC
2101 E. El Segundo Blvd
Suite 203
El Segundo, CA 90245


DC Tax & Revenue
1101 4th Street, NW
Suite W270
Washington, DC 20011


Edzecutive IQ Consulting LLC
125 S. Wacker Drive
Suite 300-107
Chicago, IL 60606


Gbenga & Abiola Badipe
4019 Anderson Drive
Cedar Park, TX 78613


Internal Revenue Services
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201


Larry Lewis
300 Peppermill Drive
Capitol Heights, MD 20743


MACORP, LLC
605 Michigan Avenue
Suite 447
Chicago, IL 60661
```

```
Robert Moore, JR.
REMCM  LLC
700  12th 12th Street, NW
Suite 700
Washington, DC 20005
```

# United States Bankruptcy Court
### District of District of Columbia

In re **REMC LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **REMC LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 27, 2025**  
Date

**/s/ Bennie R. Brooks**  
**Bennie R. Brooks 02478 MD  02478**  
Signature of Attorney or Litigant  
Counsel for **REMC LLC**  
**Bennie R. Brooks PC**  
**8201 Corporate Drive**  
**Suite 260**  
**Landover, MD 20785**  
**301-731-4160 Fax:301-731-0897**  
**bbrookslaw@aol.com**

**United States Bankruptcy Court**
**District of District of Columbia**

In re    **REMC LLC**                                                                                             Case No.
                                                           Debtor(s)                                              Chapter    **11**

# LIST OF CREDITORS AND MAILING MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of __2__ pages and a total of __9__ entities listed.

2. The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date: **February 27, 2025**  **/s/ Nettia Isley**
**Nettia Isley/Managing Member**
Signer/Title

# United States Bankruptcy Court
### District of District of Columbia

In re **REMC LLC**
Debtor(s)

Case No.
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing, consisting of __0__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 27, 2025**   Signature **/s/ Nettia Isley**
**Nettia Isley**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.